# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

_____FILED   _____ENTERED
_____LODGED _____RECEIVED

SEP 2 7 2012

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Dell Hard Drive Tag #5KP5MN1

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER: 12 3947 PWG

I, Brian Stine, being duly sworn depose and say: I'm a Special Agent assigned to the Drug Enforcement Administration, respectively and have reason to believe that on the person of or on the property or premises known as (name, description and or location)

Dell Hard Drive Tag #5KP5MN1, seized from the Healthy Life Medical Group, located at 1134 York Road, Lutherville, Maryland, on May 15, 2012.

in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property to be seized)

See Attachments A, B1, C, and D to the attached and incorporated affidavit of SA Brian Stine dated July    , 2012.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

See the attached affidavit of SA Brian Stine, dated July   , 2012

in violation of Title 21 United States Code, Section 846.   The facts to support a finding of Probable Cause are as follows:

SEE AFFIDAVIT

_____
Brian M. Stine, DEA Special Agent

Sworn to before me, and subscribed in my presence

8/16/12  ✝ 1441 HRS
Date

at          Baltimore, Maryland

_____
Honorable Paul W. Grimm

United States Magistrate Judge